## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                    Case No. 08-11048

DELPHI CORPORATION,

    Defendant.
                                                  /

### ORDER SCHEDULING STATUS CONFERENCE

On October 7, 2009, the court conducted a telephone conference in the above-captioned case with counsel for both Plaintiff and Defendant. During the conference, the court discussed with the parties the deadlines set out in its August 11, 2009 stipulated order, which amended the previous scheduling order. In particular, the timing of dispositive motion practice was discussed. Although the parties may file dispositive motions up to 28 days after the close of expert discovery, they are encouraged to stage dispositive motion practice such that any invalidity-based motion is brought at the earliest point possible. A status conference after the close of expert discovery will therefore be helpful in coordinating any dispositive motion practice. Accordingly,

IT IS ORDERED that the court will conduct a telephone status conference on **January 25, 2010, at 2:00 p.m.** The court will initiate the telephone call.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 8, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 8, 2009, by electronic and/or ordinary mail.

 S/Lisa G. Teets
Case Manager and Deputy Clerk
(313) 234-5522