**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff,

v.                                                        Case No. 08-11048

DELPHI CORP., DELPHI AUTOMOTIVE
SYSTEMS, L.L.C., DPH HOLDINGS CORP.,
GENERAL MOTORS CORP., NISSAN NORTH
AMERICA, INC., FORD MOTOR CO., VOLVO
CARS OF NORTH AMERICA, INC., HYUNDAI
MOTOR AMERICA, MERCEDES-BENZ USA,
LLC, and FUJI HEAVY INDUSTRIES USA, INC.

    Defendants,

and

DELPHI CORP., DELPHI AUTOMOTIVE
SYSTEMS, L.L.C., DPH HOLDINGS CORP.,
NISSAN NORTH AMERICA, INC., HYUNDAI
MOTOR AMERICA, MERCEDES-BENZ USA,
LLC, and FUJI HEAVY INDUSTRIES USA, INC.

    Counter-Plaintiffs,

v.

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

    Counter-Defendant.

_____/

**ORDER APPOINTING LEAD DEFENSE COUNSEL FOR LOGISTICAL PURPOSES**

On July 12, 2010, the court conducted a telephone conference to discuss the briefing schedule for several summary judgment motions filed by DPH Holdings Corp. and Delphi Automotive Systems, L.L.C. The court had several difficulties setting up the telephone conference because of the number of defendants and the number of attorneys from different firms representing them. Furthermore, many of the attorneys for Defendants were not admitted to practice in this District and many did not have local counsel, as required by the local rules.[1]

To obviate some of these difficulties, John R. Hutchins, counsel for several of the Defendants, agreed to act a "lead defense counsel" for logistical purposes. Primarily, this will require him to coordinate any future conferences. The day before a conference, he should email to the court a list of participants. For telephone conferences, he will be required to set up the phone conference by commercial carrier, rather than the court's standard practice of setting up its own telephone conferences. Also, Mr. Hutchins may, from time to time, be called upon to perform other logistical duties. Accordingly,

IT IS ORDERED that John R. Hutchins is APPOINTED as lead defense counsel for logistical purposes and he shall have duties consistent with the terms outlined above.

                                   S/Robert H. Cleland
                                   ROBERT H. CLELAND
                                   UNITED STATES DISTRICT JUDGE

Dated: July 20, 2010

---

[1] As the court indicated during the telephone conference, it expects all attorneys to be admitted to practice in the District and to have local counsel as required by the local rules on or before July 26, 2010.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 20, 2010, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\08-11048.ATI.Appoint.Administrative.Lead.Defense.Counsel.bsc.wpd