**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff/Counter-Defendant,

v.                                             Case No. 08-11048

DELPHI CORPORATION, et al.,

    Defendants/Counter-Plaintiffs.

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Four of Defendants' Motions for Summary Judgment and Terminating as Moot Two of Defendants' Motions," dated March 9, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants/Counter-Plaintiffs and against Plaintiff/Counter-Defendant. Dated at Detroit, Michigan, this 9th day of March 2011.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT


                                               S/Lisa Wagner
                                         By: Lisa Wagner, Case Manager and
                                              Deputy Clerk to Judge Robert H. Cleland