**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

      Plaintiff,

v.                                            Case No. 08-11048

DELPHI CORP., et al.,

      Defendants.
                                                              /

**ORDER TERMINATING AS MOOT "MOTION FOR ATTORNEY FEES
AND EXPENSES" AND DIRECTING SUBMISSION OF STIPULATION AND
PROPOSED ORDER RESOLVING PLAINTIFF'S MOTION TO VACATE**

On May 16, 2012, the court held a telephone conference with counsel for the parties. During the conference, counsel confirmed that the parties had reached a settlement in this matter, thereby resolving the issues underlying the pending "Motion for Attorney Fees and Expenses." As part of the settlement, Defendants also agreed not to contest Plaintiff's motion, filed on March 22, 2012, requesting the court to vacate a portion of its March 9, 2011, summary judgment ruling. To aid the court's resolution of the motion to vacate, the parties consented to submit for the court's consideration a stipulated proposed order granting the motion. Accordingly,

IT IS ORDERED that the "Motion for Attorney Fees and Expenses" [Dkt. # 157] is TERMINATED AS MOOT.

IT IS FURTHER ORDERED that, no later than **June 6, 2012**, counsel will submit, but not file, a stipulation and proposed order resolving Plaintiff's motion to vacate [Dkt. # 168].

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated:  May 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2012, by electronic and/or ordinary mail.

      s/Lisa G. Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522