**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,

    Plaintiff/Counter-Defendant,

v.                                            Case No. 08-11048

DELPHI CORP., et al.,

    Defendants/Counter-Plaintiffs.

                                            /

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
VACATE A PORTION OF THE SUMMARY JUDGMENT RULING**

After considering Plaintiff's motion to vacate a portion of the court's summary judgment ruling, and the court being satisfied that it has jurisdiction to rule on the motion and that Defendants are unopposed to the motion,

IT IS ORDERED that the unopposed "Motion to Vacate Order on Motion for Summary Judgment" [Dkt. # 168] is GRANTED.

IT IS FURTHER ORDERED that the portion of the March 9, 2011 opinion and order [Dkt. # 146] and judgment [Dkt. # 147] that invalidated U.S. Patent No. 7,407,029 is VACATED. The effect of this order is that the Court has made no ruling on the validity of U.S. Patent No. 7,407,029. All other portions of the March 9, 2011 opinion and order [Dkt. # 146] and judgment [Dkt. # 147] are unaffected.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: June 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 8, 2012, by electronic and/or ordinary mail.

 s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\08-11048.ATI.StipulatedOrderVacateJudgment.set.wpd